GARY M. RESTAINO
United States Attorney
District of Arizona

THOMAS C. SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Aaron Gabreil Little,<br><br>Defendant. | No. CR-22-00774-PHX-JJT (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR-Assault with a Dangerous Weapon)<br>Counts 1<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(8)<br>(CIR-Assault by Strangulation)<br>Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 4, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant AARON GABREIL LITTLE, an Indian, did intentionally and knowingly assault T.E. with a dangerous weapon,

that is, a rock, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 2

On or about April 4, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant AARON GABREIL LITTLE, an Indian, did intentionally, knowingly, and recklessly assault T.E., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 3

On or about April 4, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, AARON GABREIL LITTLE, an Indian, did intentionally and knowingly assault T.E., who was an intimate partner, by strangling and attempting to strangle her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

A TRUE BILL

*s/*

FOREPERSON OF THE GRAND JURY
Date: July 5, 2022

GARY M. RESTAINO
District of Arizona

*s/*

THOMAS SIMON
Assistant U.S. Attorney